GREGORY K. KLINGSPORN (203649)
NICOLAS A. FLEGEL (229360)
JENNIFER A. BREGANTE (294679)
JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA  94025
Telephone:       (650) 324-9300
Facsimile:        (650) 324-0227
Email: gkk@jsmf.com
Email: naf@jsmf.com
Email: jab@jsmf.com

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., a California Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>MODUS LLC and DOES 1-10,<br><br>    Defendants. | Case No.: 3:14-cv-04192-NC<br><br>**JOINT STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; AND** [PROPOSED] ORDER  AS MODIFIED<br><br>Dept.:   Courtroom A - 15th Floor<br>Judge:   Nathanael Cousins |

Pursuant to local Civil Rule 7-12, the parties to this action, Nimbus Data Systems, Inc., and Modus LLC, hereby submit this joint stipulated request to continue the initial case management conference:

1. Per the Court's Scheduling Order (Docket #4), the initial case management conference is currently scheduled for December 17, 2014, at 10:00 a.m. in Court A- 15th Floor;

2. Defendant Modus LLC has filed a motion to dismiss this matter (Docket #6,) challenging the jurisdiction and venue of the Northern District of California, which motion is pending and is set to be heard on December 3, 2014;

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

JOINT STIPULATED REQUEST
FOR CONTINUANCE OF CMC

i

1  3.  The parties have timely met and conferred regarding case management issues, as required
2      by the Court's Scheduling Order; and
3  4.  The parties agree that it would be in the interest of judicial and party economy to extend
4      the time for their obligation to comply with Rule 26's initial disclosures and other
5      discovery and case management matters to a time after the Court rules on its jurisdiction
6      to hear this action.

THEREFORE, the parties to this action stipulate and request that the initial case management conference, and related deadlines, be rescheduled by the Court to a time convenient to the Court but not less than thirty (30) days after the Court has issued an Order on the pending motion to dismiss.

Dated:  November 25, 2014

JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP

By:  /s/ Gregory K Klingsporn
Gregory K. Klingsporn
Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

Dated:  November 25, 2014

LAW OFFICES OF BENJAMIN E. MASKELL

By:  /s/ Benjamin E. Maskell
Benjamin E. Maskell
Attorneys for Defendant
MODUS LLC

**GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court hereby grants the stipulated request of the parties. ~~and will reschedule the initial case management conference to a future date~~. The case management conference is continued to February 4, 2015 at 10:00 a.m. Case management statement due January 28, 2015.

Dated:  November 25, 2014

_____
Hon. Nathanael M. Cousins

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

JOINT STIPULATED REQUEST
FOR CONTINUANCE OF CMC

ii