1
2
3
4
5
6
7                       **UNITED STATES DISTRICT COURT**
8                     **NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN FRANCISCO DIVISION**
10
11   NIMBUS DATA SYSTEMS, INC.,                Case No. 14-cv-04192 NC
     a California Corporation,
12                                             **ORDER RE: HEARING ON**
                        Plaintiff,             **DEFENDANT MODUS LLC'S**
13                                             **MOTION TO DISMISS FOR LACK**
            v.                                 **OF PERSONAL JURISDICTION**
14                                             **AND IMPROPER VENUE**
     MODUS LLC and DOES 1-10,
15
                        Defendants.
16

17

18        Defendant Modus LLC has moved to dismiss this action for lack of personal

19   jurisdiction and for improper venue.  Dkt. No. 6.  At the hearing on the motion to dismiss,

20   the parties must be prepared to address whether, if the Court finds that personal jurisdiction

21   is lacking, it would be "in the interest of justice" to transfer the action under 28 U.S.C.

22   § 1631 to a district where the action could have been brought, instead of dismissing the

23   action.  *See Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990); *Winery v. Graham*, No.

24   06-cv-3618 MHP, 2007 WL 963252, at *7 (N.D. Cal. Mar. 29, 2007).

25        IT IS SO ORDERED.

26        Date: December 1, 2014

27                                             Nathanael M. Cousins
                                               United States Magistrate Judge
28